IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL VAN DEELEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-0239-TFM-B |
| | ) |
| **BLOOMBERG, L.P.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On January 8, 2021, the Magistrate Judge entered a report and recommendation which recommends the Defendant's Motion to Dismiss (Doc. 19, filed July 20, 2020) be granted and Plaintiff's complaint be dismissed without prejudice for improper venue. *See* Doc. 35. Plaintiff timely filed objections to which Defendants also responded. *See* Docs. 36, 37. The Court has reviewed the report and recommendation, objections, response to objections, and conducted a de novo review of the case file. For the reasons discussed below, the objections are **OVERRULED** and the Report and Recommendation is **ADOPTED** as the opinion of the Court.

Having reviewed Plaintiff's objections, the Court finds nothing to overcome the well-reasoned analysis of the Magistrate Judge. Plaintiff still attempts to latch his venue to this District simply because Bloomberg's articles could be read on the internet here in the Southern District of Alabama. The Court finds this is insufficient in this case. Plaintiff cannot use forum shopping to file claims here simply because he wants to do so. There must be a nexus to the state of Alabama and indeed this District. Here there is no such nexus. Therefore, Plaintiff's objections are **OVERRULED**.

After due and proper consideration of all portions of this file deemed relevant to the issues

raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation (Doc. 35) is **ADOPTED** as the opinion of the Court.  Accordingly, it is **ORDERED** that *Defendants' Motion to Dismiss and, Alternatively, to Transfer for Improper Venue and Pursuant to the Doctrine of Forum Non Conveniens* (Doc. 19) is **GRANTED** and *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6)* (Doc. 18) is **DENIED as moot**.  This action is **DISMISSED without prejudice** for improper venue under Fed. R. Civ. P. 12(b)(3).

**DONE** and **ORDERED** this 3rd day of February, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE